ACCEPTED
01-15-00476-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/17/2015 4:07:51 PM
CHRISTOPHER PRINE
CLERK

No. 2012-15926

| | | |
|---|---|---|
| **ELBAR INVESTMENTS, INC. and** | § | **IN THE DISTRICT COURT** |
| **TAX EASE FUNDING, L.P.,** | § | |
| *Plaintiffs*, | § | |
| | § | |
| **v.** | § | **OF HARRIS COUNTY, TEXAS** |
| | § | |
| **ARSENIO CANTU and VERONICA** | § | |
| **PENA,** | § | |
| *Defendants*. | § | **127th JUDICIAL DISTRICT** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/17/2015 4:07:51 PM
CHRISTOPHER A. PRINE
Clerk

### NOTICE OF APPEAL OF ARSENIO CANTU

Defendant[1], Arsenio Cantu, files this Notice of Appeal and in support thereof shows as follows:

1. **Trial court, cause number, and style:** 127th Judicial District Court, Harris County Texas; Cause No. 2012-15926; *Elbar Investments, Inc. and Tax Ease Funding, L.P. v. Arsenio Cantu and Veronica Pena*.

2. **Date of judgment appealed from:** February 27, 2015.

3. Arsenio Cantu desires to appeal the judgment in the above-referenced cause.

4. **Court to which the appeal shall be taken:** Either the First or Fourteenth Court of Appeals.

5. **The name of each party filing the notice**: Arsenio Cantu.

Respectfully Submitted,

THE AHN LAW FIRM

By: */s/ Nicholas Whitaker*
Kristopher Ahn
Texas Bar No. 00785312
Nicholas Whitaker
Texas Bar No. 24088626
9930 Long Point Road
Houston, Texas 77055
Tel: (713) 781-2322
Fax: (713) 781-2542

---

[1] Mr. Cantu was formerly the plaintiff in this action, but the parties were realigned by the trial court's order dated July 8, 2014.

ahnlawfirm@gmail.com
Attorneys for Arsenio Cantu

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of May, 2015, I served the above Notice of Appeal of Arsenio Cantu on the following parties by the method indicated:

**Via Fax**
Richard Petronella
PETRONELLA LAW FIRM, P.C.
2421 Tangley, Suite 116
Houston, TX 77005
Tel. (713) 965-0606
Fax. (713) 965-0676
richard@petronellalawfirm.com
Attorney for Elbar

**Via Fax**
Howard Spector
SPECTOR & JOHNSON, PLLC
Banner Place, Suite 1100
12770 Coit Road
Dallas, TX 75251
Tel. (214) 365-5377
Fax. (214) 237-3380
Attorney for Tax Ease Funding, L.P.

**Via U.S. Mail**
Veronica Pena
Intervenor/Defendant
1309 West Fairmont Parkway, Suite K
La Porte, TX 77571
Pro Se

*/s/ Nicholas Whitaker*

## LOCAL RULE NOTICE OF AND ASSIGNMENT OF RELATED CASE IN APPEALS

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, on this 22nd day of May, 2015, I certify that the following related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals: NONE.

*/s/ Nicholas Whitaker*